No. 1296. El Ranco, Inc., et al. v. First National Bank of Nevada, Administrator. C. A. 9th Cir. Certiorari denied.

No. 1308. United Mine Workers of America v. District 50, United Mine Workers of America, aka International Union of District 50, United Mine Workers of America. C. A. D. C. Cir. Certiorari denied.

No. 1338. Beto, Corrections Director v. Marion. C. A. 5th Cir. Certiorari denied.

No. 1339. Haldane v. Ruppe et al. C. A. 9th Cir. Certiorari denied.

No. 1342. McMann, Warden v. Owen. C. A. 2d Cir. Certiorari denied.

No. 1345. Noll Motors, Inc. v. National Labor Relations Board. C. A. 8th Cir. Certiorari denied.

No. 1357. Local 134, International Brotherhood of Electrical Workers, AFL–CIO, et al. v. National Labor Relations Board. C. A. 7th Cir. Certiorari denied.

No. 1358. Coakley v. Reising et al. Ct. Civ. App. Tex., 13th Sup. Jud. Dist. Certiorari denied.

No. 1361. Sinatra v. Goodyear Tire & Rubber Co. et al. C. A. 9th Cir. Certiorari denied.

No. 1369. Moore v. United States. C. A. D. C. Cir. Certiorari denied.